In the Matter of MORRIS M. BECHER, an Attorney.— Respondent disbarred. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MORTIMER ELLIOTT, Formerly I. MORTIMER EISENBERG, an Attorney.— Reference ordered to M. Warley Platzek, official referee. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MILNE SMITH.— Motion denied. Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

ABRAHAM SELIGMAN v. BENJAMIN PADWEE.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before April 28, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HILDA WEST v. WILLIAM E. WALSH, as Chairman of the Board of Standards and Appeals of the City of New York, and Others.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORRIS GEWIRTZMAN, an Infant, etc., v. BARNET SCHNEIDER and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before May 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISIDORE GEWIRTZMAN v. BARNET SCHNEIDER and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before May 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EMMA J. M. EARP, as Executrix, etc., of JOHN L. MILLER, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before May 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Voluntary Intermediate Judicial Settlement of the Account of Proceedings of NATIONAL BANK OF COMMERCE IN NEW YORK and Another, as Surviving Executors of the Will of JOHN QUINN, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed on or before May 2, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES H. BUTTERLY, Individually and as a Stockholder of the Defendant NORTHERN TERMINAL CORPORATION OF NEW YORK; for Himself and for All Other Stockholders Similarly Situated, v. NORTHERN TERMINAL CORPORATION OF NEW YORK and Others.— Upon the facts shown, the motion for an extension of time to May 6, 1927, is granted, but the appeal must be argued or submitted on that day. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISABELLE SAMUELS v. THE CITY OF NEW YORK.— Preference granted for May 10, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES DRURY and Others v. HENRY L. DOHERTY, as Survivor of FRANK W. FRUEAUFF and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HALPERN.— Motion granted; the time of defendant within which to perfect and argue appeal extended to and including October 4, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.